UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

CHRISTOPHER KIGHT,

        Defendant.
_____/

NO. 2:08- cv-1071 FCD JFM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 9, 2009.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: December 16, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE